**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| **MARK BENNETT AND TARA BENNETT,** § § § | |
| **Plaintiffs,** § § | |
| **v.** § § | **CIVIL ACTION NO. 4:20-cv-00135-ALM** |
| **BAYVIEW LOAN SERVICING, LLC,** § § | |
| **Defendant.** § § | |

## ORDER OF DISMISSAL WITH PREJUDICE

On this date, the Court considered the Joint Stipulation of Dismissal With Prejudice ("*Stipulation*") filed by Plaintiffs Mark Bennett and Tara Bennett ("Plaintiffs") and Defendant Bayview Loan Servicing, LLC ("Defendant").

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted by Plaintiffs against Defendant in the above-styled and numbered cause are **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that all costs of Court and attorneys' fees are to be borne by the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**SIGNED this 22nd day of October, 2020.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE